# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2010

No. 08-61090
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALONZO LEE MURPHY, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:01-CR-94

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM:[*]

Alonzo Lee Murphy, Jr., federal prisoner # 06502-043, has appealed the dismissal of a Fed. Rule Civ. P. 60(b)(6) motion attacking his convictions for bank robbery and brandishing a firearm during a crime of violence. The dismissal of Murphy's pleading is AFFIRMED. *See* FED. R. CIV. P. 1.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.